UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHONEY'S NORTH AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-00625 |
| v. | ) | |
| | ) | Judge Sharp |
| SMITH & THAXTON, INC., *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that a default judgment be entered against Defendant Smith & Thaxton, Inc. Specifically, the R & R provides,

> On November 18, 2013, the undersigned entered an Order noting that the attorney previously representing Defendant Smith & Thaxton, Inc., had withdrawn from this case. Docket No. 58. The Order further noted that the corporation could not represent itself pro se. *Id.* The Order provided in relevant part:
>
> Smith & Thaxton, Inc. shall retain counsel, who shall enter an appearance in this action within thirty (30) days of the entry of this Order. If Smith & Thaxton, Inc. fails to abide by the provisions of this Order, the undersigned will recommend that a default be entered against it. *Id.*
>
> Defendant Smith & Thaxton, Inc. has failed to abide by the Court's Order. For the foregoing reasons, the undersigned recommends that a default be entered against it.

(Docket Entry No. 64). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the

1

record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.[1]

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 64) is hereby ACCEPTED and APPROVED; and

(2) This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] On March 10, 2014, the Clerk of the Court granted *Plaintiff's Request for Entry of Default Against Defendant Smith & Thaxton, Inc.* (Docket Entry No. 72), and entered a default judgment pursuant to Federal Rule of Civil Procedure 55(a). *See* (Docket Entry Nos. 76 and 78). Therefore, there is no need for the Court to enter a separate default judgment.