NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHONEY'S NORTH AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-00625 |
| v. | ) | |
| | ) | Judge Sharp |
| SMITH & THAXTON, INC., *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, *Plaintiff's Motion for Award of Attorneys' Fees and Costs Against Defendants Smith & Thaxton, Inc. and Andre M. Smith* (Docket Entry No. 109) is hereby GRANTED. Plaintiff is awarded $23,224.75 in attorneys' fees and $490.00 in costs, for a total of $23,714.75.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE